IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01061-RPM-STV

EIGHTH DISTRICT ELECTRICAL PENSION FUND;

EIGHTH DISTRICT ELECTRICAL PENSION ANNUITY FUND;

EIGHTH DISTRICT ELECTRICAL BENEFIT FUND;

JAMES MANTELE, as Chairman of the Delinquency Committee
for the Eighth District Electrical Pension Fund,
Eighth District Electrical Pension Annuity Fund, and
Eighth District Electrical Benefit Fund;

DENVER ELECTRICAL JOINT APPRENTICESHIP AND
TRAINING TRUST FUND;

ROCKY MOUNTAIN CHAPTER, NECA;

NATIONAL LABOR-MANAGEMENT COOPERATION FUND;

DENVER JOINT INDUSTRY PROMOTIONAL FUND; and

INTERNATIONAL BROTHERHOOD OF ELECTRICAL
WORKERS LOCAL UNION NO. 68.

    Plaintiffs,

v.

BALFOUR BEATTY INFRASTRUCTURE, INC.
f/k/a BALFOUR BEATTY RAIL, INC.

    Defendant.
_____

## NOTICE OF DISMISSAL WITH PREJUDICE
_____

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs set forth above hereby dismiss with prejudice their Complaint against Defendant, Balfour Beatty Infrastructure, Inc., f/k/a Balfour Beatty Rail, Inc.

Dated: June 14, 2018

                                                            Respectfully submitted,

**SPENCER FANE LLP**

*s/ Michael J. Belo*
Michael J. Belo
370 17th Street
Suite 4800
Denver, Colorado 80202
Telephone:    (303) 592-8313
Facsimile:     (303) 839-3838
mbelo@spencerfane.com


**BLAKE & UHLIG**

*s/ Eric C. Beckemeier*
Eric C. Beckemeier
475 New Brotherhood Building
753 State Avenue
Kansas City, Kansas 66101
Telephone:    (913) 321-8884
Facsimile:     (913) 321-2396
ECB@blake-uhlig.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SEVICE

I certify that on June 14, 2018, I caused a true and correct copy of the foregoing document to be served upon the Defendant via U.S. Mail, first-class postage prepaid, and email, as follows:

David S. Stern
Chief Legal Officer – US Civils
Balfour Beatty Infrastructure, Inc.
999 Peachtree Street NE, Suite 900
Atlanta, GA     30309
dstern@balfourbeattyus.com

                                                           *s/ Eric C. Beckemeier*
                                                           Attorney for Plaintiffs